UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILTON HARRIS,<br><br>         Plaintiff,<br><br>         v.<br><br>M. VOONG, et al.,<br><br>         Defendants. | Case No. CV18-03543-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the assigned United States Magistrate Judge [Doc. # 6]. No party has filed any written objections to the report and the deadline to do so has passed.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted; and
2. Judgment is entered dismissing this case without prejudice.

DATED: November 30, 2018

_____
DOLLY M. GEE
United States District Judge