JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILTON HARRIS, | ) Case No. CV18-03543-DMG (JDE) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| M. VOONG, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 30, 2018

_____
DOLLY M. GEE
United States District Judge